IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANTHONY R. DUREN  and SHAWNESE T. DUREN<br>        Debtor(finds), <br>Wells Fargo Bank, N.A., as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW<br>        Movant.<br>v.<br><br>ANTHONY R. DUREN  and SHAWNESE T. DUREN<br>        Debtors/Respondents,<br><br>Kenneth E. West<br>        Additional Respondent. | BANKRUPTCY CASE NUMBER<br>23-10987 - PMM<br><br>CHAPTER 13<br><br>11 U.S.C. § 362<br><br>HEARING DATE AND TIME:<br>August 8, 2023 at 10:00 A.M.<br>_____<br><br>COURTROOM NO. 1 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Wells Fargo Bank, N.A., as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW has filed a Motion for Relief, with the Court for relief from the automatic stay.

1. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before July 20, 2023 **you or your attorney must file a response to the Motion.  (***see instructions on next page***).**

3. **A hearing on the Motion** is scheduled to be held on  August 8, 2023 at 10:00 A.M. at  900 Market Street, 2nd floor  in Courtroom 1, United States Bankruptcy Court, Philadelphia, PA 19107.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia Cases  (215) 408-2800 to find out whether the hearing has been cancelled because no one filed a response.

      6.      If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

      7.      **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

      8.      **If you are not required to file electronically,** you must file your response at

> United States Bankruptcy Court
> Eastern District of Pennsylvania
> 900 Market Street
> Clerk's Office, Suite 400
> Philadelphia, PA 19107

      9.      **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

      10.      On the same day that you file your Response to the Motion, you must mail or deliver a copy of the Response to the Movant's attorney:

> Kristen D. Little, Esquire
> First American Law Group
> 1235 Westlakes Drive, Suite 400
> Berwyn, PA 19312
> krlittle@firstam.com

Date: July 6, 2023