IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANTHONY R. DUREN  and SHAWNESE T. DUREN<br>        Debtor(s),<br>Wells Fargo Bank, N.A., as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW<br>        Movant.<br>v.<br>ANTHONY R. DUREN  and SHAWNESE T. DUREN<br>        Debtors/Respondents,<br><br>Kenneth E. West<br>        Additional Respondent. | BANKRUPTCY CASE NUMBER<br>23-10987 - PMM<br><br>CHAPTER 13<br><br>11 U.S.C. § 362<br><br>HEARING DATE AND TIME:<br>August 9, 2023 at 1:00 P.M.<br><br>_____<br><br>COURTROOM NO. 1 |

CERTIFICATE OF NO OBJECTION OR RESPONSE TO MOTION
FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 23)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 23 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon.

Pursuant to the Amended Notice of Hearing, objections to the motion were to be filed and served no later than July 21, 2023.It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Respectfully submitted,

**July 28, 2023**
Dated:  _____

/s/ **Kristen D. Little**
BY:_____
Kristen D. Little, Esquire
PA Bar ID No. 79992
First American Law Group, a
Division of First American Title In.
Company
1235 WESTLAKES DR. SUITE 400
BERWYN, PA 19312
TELEPHONE: 610-233-4200
E-MAIL: krlittle@firstam.com