IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANTHONY R. DUREN and SHAWNESE T. DUREN<br>    Debtor(s),<br>Wells Fargo Bank, N.A., as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW<br>    Movant.<br>v.<br><br>ANTHONY R. DUREN and SHAWNESE T. DUREN<br>    Debtors/Respondents,<br><br>Kenneth E. West<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>23-10987 - PMM<br><br>CHAPTER 13<br><br>11 U.S.C. § 362<br><br>HEARING DATE AND TIME:<br>August 8, 2023 at 10:00 A.M.<br>_____<br><br>COURTROOM NO. 1 |

**O R D E R**

    AND NOW, this __7th__ day of __August__, 2023, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

    ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights to seek a Quiet Title Action in state Court against the property known as 982 MacDade Boulevard, Yeadon, PA 19050 as to Movant's unrecorded mortgage and seek recording of a copy and/or other such relief to determine its lien.

    FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

                                            BY THE COURT:

                                            */s/ Patricia M. Mayer/*
                                            _____
                                            HONORABLE PATRICIA M. MAYER
                                            UNITED STATES BANKRUPTCY JUDGE