United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Anthony R Duren  
Shawnese T Duren  
    Debtors

Case No. 23-10987-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 07, 2023 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony R Duren, Shawnese T Duren, 982 MacDade Blvd, Yeadon, PA 19050-3808 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 07 2023 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 07 2023 23:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc@atlasacq.com | Aug 07 2023 23:51:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 07 2023 23:54:37 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2023 23:54:49 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587, UNITED STATES 29603-0587 |
| 14789779 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Aug 07 2023 23:51:00 | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14788803 | ^ | MEBN | Aug 07 2023 23:45:46 | Wells Fargo Bank, N.A., as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 07, 2023 | Form ID: pdf900 | Total Noticed: 8 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:**

**Name**          **Email Address**

BRAD J. SADEK
          on behalf of Debtor Anthony R Duren brad@sadeklaw.com
          bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRAD J. SADEK
          on behalf of Joint Debtor Shawnese T Duren brad@sadeklaw.com
          bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
          on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW bkgroup@kmllawgroup.com

KENNETH E. WEST
          ecfemails@ph13trustee.com  philaecf@gmail.com

KRISTEN D. LITTLE
          on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW KRLITTLE@FIRSTAM.COM

MICHAEL PATRICK FARRINGTON
          on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW mfarrington@kmllawgroup.com

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ANTHONY R. DUREN and SHAWNESE T. DUREN<br>　　　Debtor(s),<br>Wells Fargo Bank, N.A., as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW<br>　　　Movant.<br>v.<br><br>ANTHONY R. DUREN and SHAWNESE T. DUREN<br>　　　Debtors/Respondents,<br><br>Kenneth E. West<br>　　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>23-10987 - PMM<br><br>CHAPTER 13<br><br>11 U.S.C. § 362<br><br>HEARING DATE AND TIME:<br>August 8, 2023 at 10:00 A.M.<br>_____<br><br>COURTROOM NO. 1 |

## O R D E R

　　AND NOW, this  7th   day of  August  , 2023, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

　　ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with its rights to seek a Quiet Title Action in state Court against the property known as 982 MacDade Boulevard, Yeadon, PA 19050 as to Movant's unrecorded mortgage and seek recording of a copy and/or other such relief to determine its lien.

　　FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

*Patricia M. Mayer*
_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE