# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                             Chapter 13

ANTHONY R DUREN                    Bankruptcy No. 23-10987-PMM
SHAWNESE T DUREN
982 MACDADE BLVD

YEADON, PA 19050

       Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ANTHONY R DUREN
    SHAWNESE T DUREN
    982 MACDADE BLVD

    YEADON, PA 19050

**Counsel for debtor(s), by electronic notice only.**
    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 10/25/2023                                                                                       /s/ Kenneth E. West

                                                                              _____
                                                                              Kenneth E. West, Esquire
                                                                              Chapter 13 Standing Trustee