United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 23-10987-pmm

Anthony R Duren                                                   Chapter 13

Shawnese T Duren

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                       Page 1 of 3

Date Rcvd: Dec 14, 2023                        Form ID: 155                                 Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony R Duren, Shawnese T Duren, 982 MacDade Blvd, Yeadon, PA 19050-3808 |
| 14780690 | | ECMC, PO BOX 1608, ST. PAUL, MN 55116-0408 |
| 14771159 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14782213 | | Email/Text: bnc@atlasacq.com | Dec 15 2023 00:09:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14771155 | + | Email/Text: bnc-applied@quantum3group.com | Dec 15 2023 00:09:00 | Applied Bnk, Attn: Bankruptcy, 2200 Concord Pike, Ste 102, Wilmington, DE 19803-2978 |
| 14771156 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2023 00:24:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14771158 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 15 2023 00:23:55 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14772327 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 15 2023 00:24:05 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14775707 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 15 2023 00:23:54 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14783627 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 15 2023 00:23:50 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14789596 | + | Email/Text: bankruptcy@flagshipcredit.com | Dec 15 2023 00:09:00 | FLAGSHIP CREDIT ACCEPTANCE, PO BOX 3807, COPPELL, TX 75019-5877 |
| 14771160 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 15 2023 00:13:00 | First PREMIER Bank, Attn: Bankruptcy, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14771161 | + | Email/Text: bankruptcy@flagshipcredit.com | Dec 15 2023 00:09:00 | Flagship Credit Acceptance, Attn: Bankruptcy, Po Box 965, Chadds Ford, PA 19317-0643 |
| 14771162 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 15 2023 00:09:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14771163 | ^ | MEBN | Dec 15 2023 00:07:38 | Kinum, Inc., 770 Lynnhaven Parkway, Suite 160, Virginia Beach, VA 23452-7343 |
| 14774806 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2023 00:23:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14775521 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 15 2023 00:13:26 | MERRICK BANK, Resurgent Capital Services, |

Case 23-10987-pmm   Doc 39   Filed 12/16/23   Entered 12/17/23 00:33:13   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2023 | Form ID: 155 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10368, Greenville, SC 29603-0368 |
| 14771164 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 15 2023 00:23:46 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14780197 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2023 00:09:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14771165 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2023 00:09:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14785604 | | Email/Text: bnc-quantum@quantum3group.com | Dec 15 2023 00:09:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14773844 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 15 2023 00:09:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14771167 | + | Email/PDF: pa_dc_claims@navient.com | Dec 15 2023 00:13:01 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14771169 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 15 2023 00:09:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 14779287 | | Email/Text: EDBKNotices@ecmc.org | Dec 15 2023 00:09:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 14789779 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 15 2023 00:09:00 | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14788803 | ^ | MEBN | Dec 15 2023 00:07:47 | Wells Fargo Bank, N.A., as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14771157 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14771166 | *+ | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14771168 | *+ | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2023           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2023 | Form ID: 155 | Total Noticed: 27 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Anthony R Duren brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Shawnese T Duren brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KRISTEN D. LITTLE | on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW KRLITTLE@FIRSTAM.COM |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Anthony R Duren and Shawnese T Duren

    Debtor(s)

Chapter: 13

Bankruptcy No: 23−10987−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this December 12, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge, United States Bankruptcy Court

38
Form 155