PA 8031
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| IN RE: | Bankruptcy No.: 23-10987 (PMM) |
|---|---|
|  | Adversary No.: |
| SHAWNESE T. DUREN | |
| ANTHONY R. DUREN | Chapter: 13 |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby appears as counsel for Flagship Credit Acceptance, LLC a creditor and party in interest, and that under Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local Rules of Bankruptcy Rules for this District ("Local Bankruptcy Rules"), hereby requests that all notices given or required to be given, and all papers and pleadings filed or served or required to be served, in this case, be given to or served upon:

**William E. Craig, Esquire**
Eisenberg Gold & Agrawal, P.C.
1040 N. Kings Highway, Suite 200
Cherry Hill, NJ 08034
Telephone (856) 330-6200

wcraig@egalawfirm.com

This request includes not only the notices and papers referred to in the Bankruptcy Rules and Local Bankruptcy Rules but also, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telex or otherwise.

This request supersedes all prior requests for Notice by this creditor, that there are no other requests to receive Notices for the specified creditor, or that all prior requests are terminated, and the attorney is authorized to make this request for Notices on behalf of the named creditor.

/s/William E. Craig, Esq.
Eisenberg, Gold, & Agrawal, P.C.
**By: William E. Craig, Esquire**

1040 N. Kings Hwy, Ste. 200
Cherry Hill, NJ 08034
(856) 330-6200

Counsel for Flagship Credit Acceptance, LLC