### IN THE UNITED STATES BANKRUPTCY COURT
### OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Anthony R. Duren | : | Chapter 13 |
| Shawnese T. Duren | : | Case No.: 23-10987-PMM |
| | : | |
| Debtor(s) | : | |

### CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan and* respectfully request that the Order attached to the Motion be entered.

Dated: April 12, 2024                              /s/ Brad J. Sadek, Esquire
                                                                Brad J. Sadek, Esquire
                                                                Sadek Law Offices, LLC
                                                                1500 JFK Boulevard, Suite #220
                                                                Philadelphia, Pa 19102
                                                                brad@sadeklaw.com
                                                                215-545-0008