**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Anthony R. Duren | : | Chapter 13 |
|    Shawnese T. Duren | : | Case No.: 23-10987-PMM |
| | : | |
|    Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE**

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation and respectfully request that the Order attached to the Application be approved.


Dated: April 18, 2024                       /s/ Brad J. Sadek, Esquire
                                                       Brad J. Sadek, Esquire
                                                       Sadek Law Offices, LLC
                                                     1500 JFK Boulevard, Suite #220
                                                     Philadelphia, PA 19102
                                                     brad@sadeklaw.com
                                                     215-545-0008