UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Shawnese and Anthony Duren, | : | Case No. 23-10987 (PMM) |
| | : | |
| Debtors. | : | |

# O R D E R

**AND NOW**, upon consideration of the Supplemental Application for Compensation (doc. no. 48, the "Supplemental Application") filed by the Debtor's counsel, Brad Sadek ("the Applicant"),

It is hereby **ORDERED** that:

1. The Supplemental Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $1,500.00 for services performed following confirmation of the Plan.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. The compensation may be paid to the Applicant in accordance with the terms confirmed modified Plan.[1]

**Date:** 4/19/24

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

---

[1] The Court calculated the Applicant's fees using the rate ($335.00/hour) stated on the Applicant's 2016(b) disclosure. Counsel cannot increase his fee without an amendment to this disclosure.