IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Anthony R Duren | : | Chapter 13 |
|    Shawnese T Duren | : | |
| | : | Case No.: 23-10987 PMM |
| Debtors | : | |

## AMENDED ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW**, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (doc. #46, the "Motion")

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #56), is **approved.**

Dated:_____                    _____
                                                          HONORABLE PATRICIA M. MAYER
                                                          UNITED STATES BANKRUPTCY JUDGE