IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ANTHONY R. DUREN ) | |
| SHAWNESE T. DUREN ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 23-10987 (PMM) |
| FLAGSHIP CREDIT ACCEPTANCE ) | |
| **Moving Party** ) | |
| ) | HEARING DATE: **3-27-24 at 1:00 PM** |
| v. ) | |
| ) | |
| ANTHONY R. DUREN ) | 11 U.S.C. 362 |
| SHAWNESE T. DUREN ) | |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |
| _____) | |

**ORDER APPROVING STIPULATION**

    IT IS HEREBY ORDERED that the Stipulation between Flagship Credit Acceptance and the Debtors in settlement of the Motion For Relief From Stay, and filed on or about April 23, 2024 in the above matter is APPROVED.

Dated: **April 26, 2024**

BY THE COURT:

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE