United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10987-pmm |
| Anthony R Duren | Chapter 13 |
| Shawnese T Duren | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 26, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony R Duren, Shawnese T Duren, 982 MacDade Blvd, Yeadon, PA 19050-3808 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2024        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | |
| | on behalf of Joint Debtor Shawnese T Duren brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRAD J. SADEK | |
| | on behalf of Debtor Anthony R Duren brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KRISTEN D. LITTLE | |
| | on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage |

Pass-Through Certificates Series 2007-NCW KRLITTLE@FIRSTAM.COM

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Wells Fargo Bank N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW mfarrington@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
on behalf of Creditor Flagship Credit Acceptance LLC wcraig@egalawfirm.com, mortoncraigecf@gmail.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ANTHONY R. DUREN ) | |
|     SHAWNESE T. DUREN ) | CHAPTER 13 |
|     **Debtor(s)** ) | |
| ) | CASE NO. 23-10987 (PMM) |
| FLAGSHIP CREDIT ACCEPTANCE ) | |
|     **Moving Party** ) | |
| ) | HEARING DATE: **3-27-24 at 1:00 PM** |
| v. ) | |
| ) | |
| ANTHONY R. DUREN ) | 11 U.S.C. 362 |
| SHAWNESE T. DUREN ) | |
|     **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
|     **Trustee** ) | |
| _____ ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Flagship Credit Acceptance and the Debtors in settlement of the Motion For Relief From Stay, and filed on or about April 23, 2024 in the above matter is APPROVED.

Dated: **April 26, 2024**

BY THE COURT:

*Patricia M. Mayer*

Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE