IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>ANTHONY R DUREN<br>SHAWNESE T DUREN,<br><br>    Debtors,<br><br>SPECIALIZED LOAN SERVICING, LLC, AS SERVICING AGENT FOR WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE MASTR ASSET BACKED SECURITIES TRUST 2007-NCW MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-NCW<br><br>    Movant,<br><br>      V.<br>ANTHONY R DUREN and<br>SHAWNESE T DUREN, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 23-10987-PMM<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the May 7, 2024, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Anthony R Duren<br>Shawnese T Duren<br>982 MacDade Blvd<br>Yeadon, PA 19050 | BRAD J. SADEK<br>Sadek Law Offices, LLC<br>1500 JFK Boulevard, Ste 220<br>Philadelphia, PA 19102 |
| KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 |

    By: /s/ Keri P. Ebeck
    Keri P. Ebeck, Esq.
    PA I.D. # 91298
    kebeck@bernsteinlaw.com
    601 Grant Street, 9th Floor
    Pittsburgh, PA 15219
    Phone (412) 456-8112
    Fax (412) 456-8135