**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Anthony R Duren | : | Chapter 13 |
|    Shawnese T Duren | : | Case No.: 23-10987-PMM |
| | : | |
|    Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Second Motion to Modify Plan After Confirmation* and respectfully request that the Order attached to the Motion be entered.

Dated: June 26, 2024

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite #220
Philadelphia, PA 19102
brad@sadeklaw.com
215-545-0008