**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Anthony R Duren | : | Chapter 13 |
|    Shawnese T Duren | : | Case No.: 23-10987-PMM |
| | : | |
|    Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) Supplemental Application for Compensation and respectfully request that the Order attached to the Application be entered.

Dated: July 3, 2024         /s/ Brad J. Sadek, Esquire
                            Brad J. Sadek, Esquire
                            Sadek Law Offices, LLC
                            1500 JFK Boulevard, Suite #220
                            Philadelphia, PA 19102
                            brad@sadeklaw.com
                            215-545-0008