UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: : Chapter 13
Anthony R. Duren :
Shawnese T. Duren :
 : Case No. 23-10987-PMM
Debtor[s] . :

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. # __70__, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # __72__) is **approved**.

Date: 7/9/24

/s/ Patricia M. Mayer
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**