IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANI

| | |
|---|---|
| In Re,<br><br>ANTHONY R DUREN<br>SHAWNESE T DUREN,<br>    Debtors,<br><br><br>SPECIALIZED LOAN SERVICING, LLC AS SERVICING AGENT FOR WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE MASTR ASSET BACKED SECURITIES TRUST 2007-NCW MORTGAGE PASS-THROUGH CERTIFICATE SERIES 2007-NCW<br>    Movant,<br><br>      V.<br>ANTHONY R DUREN and<br>SHAWNESE T DUREN, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 23-10987-PMM<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this 11th day of July _____, 2024, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge