UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>　　ANTHONY R. DUREN<br>　　SHAWNESE T. DUREN<br>　　　　Debtor(s)<br>WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE MASTR ASSET BACKED SECURITIES TRUST 2007-NCW MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-NCW<br>　　　　Movant<br>　　v.<br>ANTHONY R. DUREN<br>SHAWNESE T. DUREN<br>　　　　Debtor(s)<br>KENNETH E. WEST<br>　　　Trustee<br>　　　　Respondent(s) | Chapter 13<br><br>Case Number: 23-10987-pmm |

**O R D E R**

AND NOW, this **3rd** day of **November**, 20**25** upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of Wells Fargo Bank, N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW and any successor in interest and Debtor, Anthony R. Duren, Shawnese T. Duren, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow Wells Fargo Bank, N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW and any successor in interest, to proceed with it under state and federal law concerning the Property (the "Property"): **982 MacDade Blvd, Lansdowne, PA 19050**.　　　　(a)(4)

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001~~(a)(3)~~ is hereby waived.

*Patricia M. Mayer*

_____
Hon. Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE