United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                 Case No. 23-10987-pmm

Anthony R Duren                                                                                 Chapter 13

Shawnese T Duren

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                                   User: admin                                                   Page 1 of 4

Date Rcvd: Dec 04, 2025                       Form ID: pdf900                                      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Anthony R Duren, Shawnese T Duren, 982 MacDade Blvd, Yeadon, PA 19050-3808 |
| cr | + | Flagship Credit Acceptance, LLC, 5555 Glenridge Connector, Atlanta, GA 30342-4759 |
| cr | + | Wells Fargo Bank, N.A. as Trustee for the MASTR As, 14841 Dallas Parkway, Suite 350, Dallas, TX 75254-7685 |
| 14780690 | | ECMC, PO BOX 1608, ST. PAUL, MN 55116-0408 |
| 14771159 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14856987 | + | Flagship Credit Acceptance, LLC, C/O William E. Craig, Esquire, Eisenberg Gold & Agrawal, P.C., 1040 N. Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Dec 05 2025 00:19:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 05 2025 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc@atlasacq.com | Dec 05 2025 00:18:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2025 00:24:57 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, GREENVILLE, SC 29603-0587, UNITED STATES 29603-0587 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Dec 05 2025 00:18:00 | Specialized Loan Servicing, LLC as servicing agent, c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Dec 05 2025 00:18:00 | Wells Fargo Bank, N.A. as Trustee for the MASTR As, c/o MCCALLA RAYMER LEIBERT PIERCE, LLP, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 14782213 | | Email/Text: bnc@atlasacq.com | Dec 05 2025 00:18:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14771155 | + | Email/Text: bnc-applied@quantum3group.com | Dec 05 2025 00:19:00 | Applied Bnk, Attn: Bankruptcy, 2200 Concord Pike, Ste 102, Wilmington, DE 19803-2978 |
| 14771156 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 05 2025 00:36:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14771158 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 05 2025 00:35:37 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14772327 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 05 2025 00:24:55 | Capital One Auto Finance, a division of, AIS |

District/off: 0313-2                    User: admin                    Page 2 of 4
Date Rcvd: Dec 04, 2025                Form ID: pdf900                Total Noticed: 41

| | | | |
|---|---|---|---|
| | | | Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14775707 | + Email/PDF: acg.acg.ebn@aisinfo.com | Dec 05 2025 00:36:02 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14783627 | + Email/PDF: ebn_ais@aisinfo.com | Dec 05 2025 00:35:56 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14789596 | + Email/Text: bankruptcy@flagshipcredit.com | Dec 05 2025 00:19:00 | FLAGSHIP CREDIT ACCEPTANCE, PO BOX 3807, COPPELL, TX 75019-5877 |
| 14771160 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 05 2025 00:36:04 | First PREMIER Bank, Attn: Bankruptcy, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14771161 | + Email/Text: bankruptcy@flagshipcredit.com | Dec 05 2025 00:19:00 | Flagship Credit Acceptance, Attn: Bankruptcy, Po Box 965, Chadds Ford, PA 19317-0643 |
| 14771162 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 05 2025 00:18:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14771163 | + Email/Text: admin@kinum.com | Dec 05 2025 00:19:00 | Kinum, Inc., 770 Lynnhaven Parkway, Suite 160, Virginia Beach, VA 23452-7343 |
| 14774806 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2025 00:35:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14997491 | Email/Text: BankruptcyECFMail@mccalla.com | Dec 05 2025 00:18:00 | Wells Fargo Bank NA, C/O Maris Tsagaris, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14997490 | Email/Text: BankruptcyECFMail@mccalla.com | Dec 05 2025 00:18:00 | Wells Fargo Bank, NA, C/O Maria Tsagaris, 1544 Old Alabama Rd, Roswell, GA 30076 |
| 14775521 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 05 2025 00:22:53 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14771164 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 05 2025 00:35:28 | Merrick Bank/CCHoldings, Attn: Bankruptcy, P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14780197 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2025 00:18:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14771165 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 05 2025 00:18:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14785604 | Email/Text: bnc-quantum@quantum3group.com | Dec 05 2025 00:18:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14773844 | + Email/Text: enotifications@santanderconsumerusa.com | Dec 05 2025 00:19:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14771167 | + Email/PDF: Bankruptcy_Prod@mohela.com | Dec 05 2025 00:48:47 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14771169 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 05 2025 00:18:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 14779287 | Email/Text: EDBKNotices@ecmc.org | Dec 05 2025 00:18:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 15054959 | ^ MEBN | Dec 05 2025 00:14:36 | Wells Fargo Bank, N.A., c/o STEVEN K. EISENBERG, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 15054662 | ^ MEBN | Dec 05 2025 00:14:37 | Wells Fargo Bank, N.A., Stern & Eisenberg, PC, c/o Steven K. Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington PA 18976-3403 |
| 14789779 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 05 2025 00:18:00 | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Suite 300, Greenwood Village, Colorado |

| | | | 80111-4720 | |
|---|---|---|---|---|
| 14918998 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Dec 05 2025 00:18:00 | Wells Fargo Bank, N.A.., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14788803 | ^ | MEBN | | |
| | | | Dec 05 2025 00:14:33 | Wells Fargo Bank, N.A., as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14771157 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14771166 | *+ | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14771168 | *+ | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Anthony R Duren brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRAD J. SADEK | on behalf of Joint Debtor Shawnese T Duren brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| DANIEL P. JONES | on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Specialized Loan Servicing  LLC as servicing agent for Wells Fargo Bank, N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificate Series 2007-NCW kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| KRISTEN D. LITTLE | |

on behalf of Creditor Wells Fargo Bank  N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificates Series 2007-NCW KRLITTLE@FIRSTAM.COM

STEVEN K. EISENBERG

on behalf of Creditor Specialized Loan Servicing  LLC as servicing agent for Wells Fargo Bank, N.A. as Trustee for the MASTR Asset Backed Securities Trust 2007-NCW Mortgage Pass-Through Certificate Series 2007-NCW seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG

on behalf of Creditor Flagship Credit Acceptance  LLC wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                          Chapter 13
    ANTHONY R DUREN
    SHAWNESE T DUREN                    Bankruptcy No. 23-10987-PMM

                Debtors

<u>ORDER</u>

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: December 3, 2025**

_Patricia M. Mayer_
_____
Honorable Patricia M. Mayer
Bankruptcy Judge